AO 440 (Rev. 10/93) Summons in a Civil Action
AO 440 (Rev. 10/93) Summons in a Civil Action
Case 0:00-cv-06015-WPD   Document 5   Entered on FLSD Docket 04/17/2000   Page 1 of 1

# United States District Court

_____ DISTRICT OF _____

ALL UNDERWRITERS AT LLOYDS
OF LONDON, Subscribing, to Policy No. JBW0905/98

      Plaintiff,

      V.

ROGERT STEWART, individually,

      Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER 00-6015-CIV-DIMITRIOULEAS



TO: (Name and address of defendant)

ROGER STEWART
418 N. Sixth Street
Ft. Pierce, FL 34950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Skipp, Esq.
HORR, LINFORS, SKIPP & NOVAK, P.A.
One Datran Center, Suite 1001
9100 S. Dadeland Blvd.
Miami, Florida 33156

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____
CLERK  *[signature: Martha Diaz]*
(BY) DEPUTY CLERK

DATE 4/14/00

