UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CIV-DIMITROULEAS

ALL UNDERWRITERS AT LLOYD'S OF
LONDON. Subscribing to Policy No. JBW0905/98.

     Plaintiffs.

vs.

ROGER STEWART, individually.

     Defendant.



FILED by _____ D.C.

MAY U 5 200

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court sua sponte. The Court notes that the Complaint
was filed on January 5, 2000. To date, proof of service has not been submitted to the Court.
Additionally, a joint scheduling report has not been filed with the Court pursuant to this Court's
Order. An Order to Show Cause why service was not perfected nor a joint scheduling report
was not filed. Plaintiffs made representation to this Court that service would be perfected within
ten days of their response to the Order to Show Cause on April 13, 2000.

Rule 4(m), Fed.R.Civ.P. states: "If service of the summons and complaint is not made
upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on
its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that
defendant or direct that service be effected..."

Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. The above styled action is hereby Dismissed, without prejudice;

2. All pending motions are denied as moot;



3. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of

May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jonathan W. Skipps, Esq.