**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

FT. LAUDERDALE DIVISION

CASE NO. 00-6015-CIV-DIMITROULEAS

ALL UNDERWRITERS AT LLOYD'S
OF LONDON Subscribing to Policy
No. JBW0905/98

    Plaintiffs,

vs.

ROGER STEWART, individually,

    Defendant.
_____/

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME
## IN WHICH TO EFFECT SERVICE OF PROCESS

The Plaintiffs, ALL UNDERWRITERS AT LLOYD'S OF LONDON Subscribing to Policy No. JBW0905/98, by and through their undersigned counsel, respectfully moves the Court for a sixty-day enlargement of time in which to effect service of process, and as grounds therefore state as follows:

1. The Plaintiffs filed their Complaint for Declaratory Judgment on January 5, 2000 seeking a declaration from the Court with respect to coverage under a policy of marine insurance issued by the Plaintiff Underwriters to the Defendant, ROGER STEWART.

HORR, LINFORS, SKIPP & NOVAK, P.A.
SUITE 1001 · ONE DATRAN CENTER · 9100 S. DADELAND BOULEVARD · MIAMI, FLORIDA 33156 · TEL (305) 670-2525



2. After filing the Complaint, the Plaintiffs encountered difficulty locating the Defendant for purposes of service, as he was no longer residing either at the address set forth in the Application for Insurance or at the address subsequently set forth in the policy. The Plaintiffs difficulty locating the Defendant is attributable, in part, to the fact that the Defendant lived aboard the insured vessel which was subsequently damaged and/or lost in Hurricane Floyd.

3. As a result, the Plaintiffs retained the services of an investigator to locate the Defendant. The investigator furnished the undersigned counsel with what was believed to be the current residence address for the Defendant, ROGER STEWART, in Fort Pierce, Florida. Based on the information provided, Plaintiffs endeavored to serve the Defendant with the Summons and Complaint at his Fort Pierce address.

4. On May 8, 2000, the undersigned was advised by the process server that he was unable to effect service of process as the Defendant has reportedly moved back to Texas. (See Summons and Statement from Certified Process Server attached as Composite Exhibit "A".) Accordingly, Plaintiffs are now attempting to locate and serve the Defendant in Texas.

5. Due to the difficulty in locating the Defendant, Plaintiffs have been unable to effect service of process within the 120 days provided for by Rule 4 of the Federal Rules of Civil Procedure. As a result, Plaintiffs respectfully move the Court for a sixty-day enlargement of time, up to and including July 5, 2000, in which to locate and serve the Defendant with the Summons and Complaint.

6. The foregoing Motion for Enlargement of Time is not filed for purposes of delay, but solely in a good faith effort to obtain additional time required to effect service of process and avoid dismissal of the action.

CASE NO. 00-6015-CIV-DIMITROULEAS
PAGE 3

Dated this \_\_9th\_\_ day of ~~April~~ May 2000.

Respectfully submitted,

*[signature]*

JONATHAN W. SKIPP
Fla. Bar No. 710570

HORR, LINFORS, SKIPP & NOVAK, P.A.
Attorneys for Plaintiffs
One Datran Center, Suite 1001
9100 S. Dadeland Boulevard
Miami, Florida 33156
305-670-2525 Telephone
305-670-2526 Telefax

## NINETEENTH JUDICIAL CIRCUIT

___ALL ENTITIES AT HOME OF LOUIE___ vs. ___ROGER STEWART___

- ☐ Circuit    ☐ County              Case # ___00-6015-CIV-DIMITROULEAS___
- Type of Writ ___Summons & Complaint___   Attorney ___Jonathan W. Skirm, Esq.___
- Serve To ___ROGER STEWART – 418 North Sixth Street – Ft Pierre, FL 34950___

Received this Writ on the ___7th___ day of ___April 2000 @ 2:30 p_____, and served the same on _____
___Roger Stewart___, the within named ☐ Defendant ☐ Witness on the _____ day of
_____ at ____:____ __.m in _____ County, Florida.

- ☐ **Individual Service:** By delivering to the within named Defendant a true copy of this Writ with the date and hour of service endorsed thereon by me, and at the same time, I delivered to the Defendant a copy of Plaintiff's initial pleading as furnished by the Plaintiff.
- ☐ **Individual Service Subpoena:** By serving the within named witness a true copy of this Writ.
- ☐ **Substitute Service:** By leaving a true copy of this Writ with the date and hour of service endorsed thereon by me, and a copy of the Plaintiff's initial pleading as furnished by the Plaintiff, at the within named Defendant's usual place of abode, to a person residing therein who is fifteen years of age or older, to wit: _____ _____ as _____, and informing this person of the contents thereof.
- ☐ **Substitute Service Subpoena:** By serving _____ as _____ who is over the age of fifteen and who resides at the witnesses usual place of abode and informing such person of the contents.
- ☐ **Substitute Service Subpoena:** By serving _____ as records custodian.
- ☐ **Corporate Service:** By delivering a true copy of this Writ with the date and hour of service endorsed thereon by me, and a copy of the Plaintiff's initial pleading as furnished by the Plaintiff to _____ as _____ of said Corporation in the absence of any superior officer.
- ☐ **Posted:** After two attempts for person service, a true copy of this Writ, together with a copy of the petition was posted to a conspicuous place on the property described within to wit: _____ as the Defendant could not be located for service. Attempted at _____ and _____
- ☑ **Non Service:** Returned the same unexecuted as to ___Roger Stewart___ the within named _____ after diligent search failed to find the within named in ___St. Lucie___ County, Florida on the ___20th___ day of ___April 2000 @ 2:35 pm___.
- ☑ **Other** ___moved to Texas___

**EXHIBIT A**

Served By /s/ Marco Marconi
a Certified Process Server of the Nineteenth Judicial Court
MARCO MARCONI

C.P.S. # ___96-107___
Pursuant to Florida Statute Section 48.29 (6)(b), the above form has been reviewed and approved by the Circuit Court

# United States District Court

_____ DISTRICT OF _____

ALL UNDERWRITERS AT LLOYDS
OF LONDON, Subscribing to Policy No. JBW0905/98

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER 00-6015-CIV-DIMITRIOULEAS

ROGERT STEWART, individually,

Defendant.

TO: (Name and address of defendant)

ROGER STEWART
418 N. Sixth Street
Ft. Pierce, FL 34950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Skipp, Esq.
HORR, LINFORS, SKIPP & NOVAK, P.A.
One Datran Center, Suite 1001
9100 S. Dadeland Blvd.
Miami, Florida 33156

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**

_____
CLERK

_____
BY) DEPUTY CLERK

4/14/00
DATE