UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CIV-DIMITROULEAS

ALL UNDERWRITERS AT LLOYD'S OF
LONDON, Subscribing to Policy No. JBW0905/98,

    Plaintiffs,

vs.

ROGER STEWART, individually,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs, All Underwriters at Lloyd's of London Motion for Enlargement of Time in Which to Effect Service of Process, filed herein on May 10, 2000. The Court has carefully considered the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Enlargement of Time is hereby **DENIED**. The Court notes that the above styled action was dismissed without prejudice. Plaintiff may re-file the action when it believes it will be able to effect service within the time allotted by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _11_ day of May, 2000.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

Copies furnished to:

Jonathan W. Skipps, Esq.